111 A.3d 169

**Diane R. GOCHIN, Petitioner**

v.

**COURT OF COMMON PLEAS, Respondent.**

**No. 25 MM 2015.**

Supreme Court of Pennsylvania.

March 11, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of March, 2015, the Application for Extraordinary or King's Bench Relief is **DENIED.**